No. 1009.  GOSSELIN *v.* KELLEY, SUPERINTENDENT. April 29, 1946.  *Per Curiam:* The appeal is dismissed for want of a substantial federal question.  MR. JUSTICE DOUGLAS and MR. JUSTICE RUTLEDGE dissent.  *F. Harold Dubord* for appellant.

No. 115, Misc.  UNITED STATES EX REL. FOXALL *v.* RAGEN, WARDEN; and

No. 116, Misc.  DOBRY *v.* OLSON, WARDEN.  April 29, 1946.  The motions for leave to file petitions for writs of habeas corpus are denied.

No. 946.  BADT, CAPTAIN, U. S. NAVY, *v.* UNITED STATES EX REL. REEL.  April 29, 1946.  Petition for certiorari dismissed on motion of *Solicitor General McGrath.*

No. 40.  DEFENSE PLANT CORPORATION *v.* BEAVER COUNTY.  April 30, 1946.  Reconstruction Finance Corporation substituted for Defense Plant Corporation, which has been ordered dissolved by Act of June 30, 1945, c. 215, 59 Stat. 310.